UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENT ALLIANCE GROUP, INC.,<br><br>Defendant. | Case No. 14-cv-01517-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**<br><br>[Re: ECF 11, 14] |

Before the Court is Magistrate Judge Howard R. Lloyd's March 19, 2015 Report and Recommendation that plaintiff Federal Insurance Company's Motion for Default Judgment be granted. ECF 14. The time for objecting to the Report and Recommendation has elapsed, and no objections were filed. Fed. R. Civ. P. 72(b)(2).

Having reviewed the record and considered the Report and Recommendation, the Court finds it well-founded in fact and in law. There appears, however, to be a typographical error in the Report and Recommendation: Judge Lloyd recommends awarding $261,012 in compensatory damages, but Plaintiff has requested $265,012 and has submitted evidence that supports this amount. As such, the Court will award Plaintiff the requested amount of $265,012 in compensatory damages. With that modification, the Court adopts the Report and Recommendation.

Plaintiff's Motion for Default Judgment is GRANTED, and Plaintiff shall have default judgment against defendant Crescent Alliance Group, Inc. in the amount of $265,012.

Plaintiff shall have leave to file an interest calculation and bill of costs, as well as a motion for attorneys' fees, by the deadline set in Judge Lloyd's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge